**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Gregory Bernard Micklus,<br><br>    Petitioner-Appellant,<br><br>vs.<br><br>Dora B. Schriro, et al.,<br><br>    Respondents-Appellees. | No. CIV 02-1898-PCT-PGR (DKD)<br><br>**ORDER**<br><br>(Fifth Request) |

Based on the foregoing motion and the Court's finding of good cause,

**IT IS HEREBY ORDERED** granting Petitioner's Motion for Extension of Time for Filing Reply, pursuant to Rule 5, Rules Governing § 2254, for a period of 60 days. Petitioner's Reply is now due on or before August 5, 2006.

DATED this 5th day of June, 2006.

_____
David K. Duncan
United States Magistrate Judge