1   **WO**

2

3

4

5

6                       IN THE UNITED STATES DISTRICT COURT

7                         FOR THE DISTRICT OF ARIZONA

8

9

10   Gregory Bernard Micklus,            )
                                          )
11                  Petitioner,           )      No. CV-02-1898-PCT-PGR (DKD)
           vs.                            )
12                                        )
     Dora B. Schriro,                     )             ORDER
13                                        )
                   Respondents.           )
14   ─────────────────────────────       )

15          Having reviewed the petitioner's second motion requesting an extension of

16   time to file his objections to the Report and Recommendation, the Court will grant

17   the extension, but with the warning to the petitioner's counsel that **NO FURTHER**

18   **EXTENSIONS OF TIME SHALL BE GRANTED**.[1]

19          IT IS ORDERED that the petitioner's Motion for Extension of Time for Filing

20   Objections to Report and Recommendation (Second Request) (doc. #76) is

21   granted and that the petitioner shall his objections to the Report and

22   /   /   /

23   /   /   /

24   /   /   /

25   ─────────────────────────────

26          [1]
            A review of the record establishes that this is the petitioner's counsel's
     twelfth request for an extension of time in this action since November of 2005.

Recommendation no later than **September 15, 2008**.

DATED this 25th day of August, 2008.

Paul G. Rosenblatt
United States District Judge